**BARNES v. HUMANA OF NORTH CAROLINA**

[341 N.C. 193 (1995)]

JAMES R. BARNES v. HUMANA OF NORTH CAROLINA, INC. d/b/a HUMANA
HOSPITAL—GREENSBORO and JOE DOE(S)

No. 452PA94

(Filed 28 July 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished opinion of the Court of Appeals, 115 N.C. App. 728, 446 S.E.2d 891 (1994), which affirmed a summary judgment for defendant entered by Long, J., on 7 May 1993 in Superior Court, Guilford County. Heard in the Supreme Court 20 June 1995.

*Mary K. Nicholson for plaintiff-appellant.*

*Adams Kleemeir Hagan Hannah & Fouts, by Clinton Eudy, Jr., Joseph W. Moss, and Edward L. Bleynat, Jr., for defendant-appellee Humana Hospital.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.